# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., <br><br> Plaintiff, <br><br> v. <br><br> CENTURYLINK COMMUNICATIONS, LLC, <br><br> Defendant. | **Civil Action No. 1:17-cv-1186-LPS-CJB** |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE
## PURSUANT TO RULE 41(a)(1)

Plaintiff Sisvel International S.A. ("Plaintiff"), and Defendant CenturyLink Communications, LLC. ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1), hereby move for an order dismissing all claims by Plaintiff against Defendant WITH PREJUDICE, and dismissing all counterclaims by Defendant against Plaintiff WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated:  September 13, 2018

                                                Respectfully submitted,

| DEVLIN LAW FIRM LLC | DUANE MORRIS LLP |
|---|---|
| */s/ Timothy Devlin* <br> Timothy Devlin (No. 4241) <br> tdevlin@devlinlawfirm.com <br> James M. Lennon ((#4570) <br> jlennon@devlinlawfirm.com <br> 1306 N. Broom Street, 1st Floor <br> Wilmington, DE 19806 <br> Telephone: (302) 449-9010 <br> Facsimile: (302) 353-4251 <br><br> *Attorneys for Plaintiff* <br> *Sisvel International S.A.* | /s/ *Richard L. Renck* <br> Richard L. Renck (#3893) <br> 222 Delaware Avenue <br> Suite 1600 <br> Wilmington, DE  19801 <br> (302) 657-4900 <br> rlrenck@duanemorris.com <br><br> *Of Counsel*: <br><br> Matthew C. Gaudet <br> Alison H. Hutton <br> DUANE MORRIS LLP <br> 1075 Peachtree Street, N.E. <br> Suite 2000 <br> Atlanta, GA  30309-3929 <br> mcgaudet@duanemorris.com <br> ahhutton@duanemorris.com <br><br> *Attorneys for Defendant CenturyLink Communications, LLC* |

SO ORDERED this _____ day of _____, 2018.

_____
U.S. District Court Judge